UNITED STATED DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **DONNA M. NESSELBUSH,** **Petitioner,** vs. **JO ANNE BARNHART** **Commissioner of Social Security Administration,** **Respondent.** | ) | **CASE NO.** **PETITION FOR WRIT OF MANDAMUS** CA 06 296 |

## PLAINTIFF'S PETITION FOR WRIT OF MANDAMUS

Plaintiff, Donna M. Nesselbush, petitions this Honorable Court to issue a Writ of Mandamus pursuant to 28 U.S.C. 1361 and 5 U.S.C. 704. Plaintiff supports this Petition for Writ of Mandamus with the attached memorandum.

Respectfully submitted,

Donna M. Nesselbush

Donna M. Nesselbush
Rhode Island Bar. No. #4650
Marasco & Nesselbush
685 Westminster St.
Providence, RI 02903
(401) 274-7400
(401) 274-7420 (fax)
Attorney for Plaintiff