# Amended Exhibit C

# David Tracy: 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

David Tracy received a Partially Favorable Concurrent ALJ decision dated 12/9/03 awarding an onset date of 4/21/03. Accordingly, given the five-month waiting period, the claimant was entitled to benefits from 10/03 ongoing. It appears from a recently printed Master Benefits Report (MBR) (enclosed) that the claimant should have been paid SSDI retroactive benefits in the amount of $3,419.10 for the time period of 10/03 through 12/03.

The Appeals Council issued a Fully Favorable decision dated 8/12/05 with an onset date of 12/26/00. Accordingly, his entitlement date should be January 2001 because he already served out one waiting period. However, the Notice of Award dated September 19, 2005 indicates that the claimant is entitled to benefits beginning June 2001.

It appears that the Social Security Administration has wrongfully applied two five-month waiting periods. Enclosed are copies of relevant notices. This appears to be an error as he already served the five-month waiting period when he was awarded benefits in December 2003. Due to this error, the claimant and his minor child have been shorted approximately $5,440.00 for the time period of 1/01-5/01.

If, in fact, the claimant is has been assessed a second waiting period, the Court should compel the Social Security Administration to re-calculate the claimant's benefits within 10 days of the issuance of the Writ, and complete the following steps within 10 days of each other: either

1.) issue an updated Notice of Award, OR
2.) provide the claimant and his attorney a corrected Master Benefits Report.

Either remedy must

a. clearly demonstrate the correction regarding the waiting period
b. clearly set forth the total amount of retroactive benefits for the claimant and his auxiliaries, and pay all retroactive benefits owed to claimant and/or auxiliaries within 10 days of the issuance of the Writ, withholding 25% for potential attorney's fees from both the claimant and any auxiliaries;
c. clearly set forth the 25% amount of potential attorney's fees withheld from the claimant and any auxiliaries so that claimant's attorney can finally submit a Fee Petition and get paid.
d. issue a Fee Authorization relative to claimant's attorney's Fee Petition within 10 days of submission of said Fee Petition;
e. pay the authorized attorney's fee with 10 days of the Fee Authorization.

M&N
LAW OFFICES

MARASCO & NESSELBUSH, LLP.

JOSEPH P. MARASCO
DONNA M. NESSELBUSH

TANYA J. GARRIAN
MARIAM A. LAVOIE
JOSEPH P. WILSON

MAIL FOR ALL OFFICES:
685 WESTMINSTER STREET
PROVIDENCE, RI 02903
PHONE 401-274-7400
FAX 401-274-7420

231 OLD TOWER HILL RD.
SUITE 206
WAKEFIELD, RI 02879
PHONE 401-783-0000

June 15, 2006

Social Security Administration *
380 Westminster Street
3rd Floor
Providence, RI 02903

Attn: Randy Hurst

| Re: | Claimant Name: | Mr. David Tracy |
|---|---|---|
| | SSN: | 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 |
| | DOB: | 06/06/56 |
| | File Number: | 01-446 |

Third Request (previous requests on April 13, 2006 and May 4, 2006)

Dear Sir or Madam:

I am writing to request your assistance regarding what appears to be an error relative to this claimant's SSDI retroactive benefits. I obtained a Partially Favorable Concurrent ALJ decision for Mr. Tracy dated 12/9/03 awarding an onset date of 4/21/03. Accordingly, given the five-month waiting period, the claimant was entitled to benefits from 10/03 ongoing. It appears from a recently printed Master Benefits Report (MBR) (enclosed) that the claimant should have been paid SSDI retroactive benefits in the amount of $3,419.10 for the time period of 10/03 through 12/03.

I appealed the Partially Favorable decision to the Appeals Council and received a Fully Favorable Appeals Council decision on 8/12/05 with an onset date of 12/26/00. Accordingly, his entitlement date should be January 2001 becasue he already served out one waiting period. However, the Notice of Award dated September 19, 2005 indicates that the claimant is entitled to benefits beginning June 2001, I assume because they are (again) applying a five-month waiting period. I enclose a copy of said notice. This appears to be an error as he already served the five-month waiting period when he was awarded benefits in December 2003. Due to this error, the claimant and his minor child will be shorted approximately $5,440.00 for the time period of 1/01-5/01. Would you please investigate this matter to see if, in fact, the claimant is being assessed a second waiting period. If so, I respectfully request the retroactive benefits be recalculated, and that either an updated Notice of Award be re-issued OR (what may be easier) we be faxed a corrected MBR so that we can finalize the fee aspects of this case and submit a Fee Petition.

As always, thank you very much for your kind assistance with these difficult matters.

Sincerely,

Donna M. Nesselbush

SOCIAL SECURITY ADMINISTRATION
Refer To: 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

Office of Hearings and Appeals
380 Westminster Street Suite 632
Providence, RI 02903
Tel: (401) 528-4082

Date: DEC 0 9 2003

David Tracy
102 Linwood Avenue
Apt. 214
Providence, RI 02909

## AMENDED NOTICE OF DECISION – PARTIALLY FAVORABLE

I have made the enclosed decision in your case. Please read this notice and the decision carefully.

### This Decision is Partially Favorable To You

Another office will process the decision and send you a letter about your benefits. Your local Social Security office or another may first ask you for more information. If you do not hear anything for 60 days, contact your local office.

### If You Disagree With The Decision

If you disagree with my decision, you may file an appeal with the Appeals Council.

### How to File an Appeal

To file an appeal, you or your representative, if you choose to appoint one, must request the Appeals Council to review the decision. You must make the request in writing. You may use our Request for Review form, HA-520, or write a letter.

You may file your request at any local Social Security office or a hearing office. You may also mail your request right to the Appeals Council, Office of Hearings and Appeals, 5107 Leesburg Pike, Falls Church, VA 22041-3255. Please put the Social Security number shown above on any appeal you file.

### Time to File an Appeal

To file an appeal, you must file your request for review **within 60 days** from the date you get this notice.

See Next Page

SOCIAL SECURITY ADMINISTRATION
Refer to: TAHB
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

Office of Hearings and Appeals
5107 Leesburg Pike
Falls Church, VA 22041-3255
Telephone: (703) 605-8000
Date:

AUG 12 2005

0446

## NOTICE OF APPEALS COUNCIL DECISION
## FULLY FAVORABLE

Mr. David Tracy
102 Linwood Avenue
Apt. 214
Providence, RI 02909

The enclosed decision is the final decision of the Commissioner of Social Security in your case. Please read this notice and the decision carefully.

### This Decision Is Fully Favorable to You

Another office will process the decision and send you a letter about your benefits. Your local Social Security office or another office may first ask you for more information. If you do not hear anything for 60 days, contact your local office.

### If You Disagree With This Decision

If you disagree with this decision, you may ask for court review by filing a civil action.

If you do not ask for court review, this decision will be a final decision that can be changed only under special rules.

### How To File A Civil Action

You may file a civil action (ask for court review) by filing a complaint in the United States District Court for the judicial district in which you live. The complaint should name the Commissioner of Social Security as the defendant and should include the Social Security number(s) shown at the top of this letter.

You or your representative must deliver copies of your complaint and of the summons issued by the court to the U.S. Attorney for the judicial district where you file your complaint, as provided in rule 4(i) of the Federal Rules of Civil Procedure.

You or your representative must also send copies of the complaint and summons, by certified or registered mail, to:

01-446

5214

# Social Security Administration
# Retirement, Survivors, and Disability Insurance
## Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241
Date: September 19, 2005
Claim Number: 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HA

CAROL ZOCCOLANTE FOR
DAVID TRACY
102 LINWOOD AVENUE
APT 214
PROVIDENCE RI 02909-2313

We are writing to let you know that DAVID TRACY is entitled to monthly disability benefits from Social Security beginning June 2001.

### What We Will Pay

We are paying you beginning September 2005.

- You will receive $644.80, which is the money you are due for September 2005.
- After that, you will receive $723.00 each month.

We are withholding your Social Security benefits for June 2001 through August 2005. We may have to reduce these benefits if you receive Supplemental Security Income (SSI) for this period. When we decide whether or not we have to reduce your Social Security benefits, we will send you another letter. We will pay you any Social Security benefits you are due for this period. However, we will withhold part of any past due benefits in case we have to pay your lawyer.

### Your Benefits

The following chart shows your benefit amount(s) before any deductions or rounding. The amount you actually receive may differ from your full benefit amount. When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums and worker's compensation offset. We must also round down to the nearest

ENCLOSURES:

| | | |
|---|---|---|
| ENVELOPE | CMS-2690 | PUB. NO. 05-10076 |
| PUB. NO. 05-10153 | PUB. NO. 05-10058 | |

C

SEE NEXT PAGE

this letter as proof that he is covered by Medicare.

If you do not want medical insurance, please complete the enclosed card and return it to us in the envelope we have provided. You will need to do this by the date shown on the card. If you decide you do not want the insurance, we will return any premiums that you have paid.

## Other Social Security Benefits

The benefits described in this letter are the only ones you can receive from Social Security. If you think that you might qualify for another kind of Social Security benefit in the future, you will have to file another application.

## Your Responsibilities

The decisions we made on your claim are based on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away. We have enclosed a pamphlet, "When You Get Social Security Disability Benefits...What You Need to Know". It will tell you what must be reported and how to report. Be sure to read the parts of the pamphlet which explain what to do if you go to work or if your health improves.

Please read the enclosed pamphlet, "A Guide for Representative Payees". It lists some things you will need to know because you have been chosen as payee.

## Things To Remember

Doctors and other trained staff decided that you are disabled under our rules. But, this decision must be reviewed at least once every 3 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

## Do You Think We Are Wrong?

If you disagree with this decision, you have the right to appeal. We will review your case and consider any new facts you have. A person who did not make the first decision will decide your case. We will correct any mistakes. We will review those parts of the decision which you believe are wrong and will look at any new facts you have. We may also review those parts which you believe are correct and may

office.

We are sending a copy of this letter to your lawyer.

Jo Anne B. Barnhart
Commissioner
of Social Security

C

```
    DTE:02/21/06  SSN: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  BIC:    DOC:072 UNIT:SC          PG: 001+
S      MBR YES LOU-02/21 DATA FILES YES LOU-02/21 SSACCS NO  LOU-02/17
       CPS NO
OUNT      PCOC-7 NOP-01 SP-M TAC-D LUM-03 LMM-03/06 FLI-M  SEC-D CDY-0
          SSI INVOLVED  DRAMS READ
RIMARY    D TRACY DOB-06/06/1956 LSPA-$0.00
INSURED   CLAIM TYPE-DISABILITY DATE OF FILING-02/15/2001 FIRST MET-10/1997
          LAST MET-12/2002  DIB QC EARNED-00  FULL QC REQUIRE-23
          FULL QC EARNED-40  CURR QC EARNED-00  HLTHBEN QC EARN-00  CONVERTED

          CLAIM TYPE-DISABILITY DATE OF FILING-02/16/2001 FIRST MET-10/1997
          LAST MET-12/2002  20/40 EXCLUSION-TEST MET  20/40 NON EXCL-TEST MET
          DIB QC REQUIRE-20  DIB QC EARNED-40  FULL INS EXCL-TEST MET
          FULL INS NONEXCL-TEST MET  FULL QC REQUIRE-22  FULL QC EARNED-40
          CURR QC EARNED-00  HLTHBEN QC EARN-00
SP MSG1   TRANS DT-02/06
          6MONTH CLOSEOUT ISSUED TO C1 ON 02152006
PMT CYC   CYI-1 PCEFD-09/15/2005 PCCOM-09/05 PCCR-S
HIST PC   HCYI-2 HPCEFD-08/28/2001 HPCCOM-09/01 HPCCR-I
PIA HIS   06/01 $ 734.90 L   FMAX-$1088.00D ELY-01 IME-$1280
          07/01 $ 734.90 L K FMAX-$1088.00D ELY-   IME-$1280
          12/01 $ 754.00 L K FMAX-$1116.20D ELY-   IME-$  00
          12/02 $ 764.50 L K FMAX-$1131.80D ELY-   IME-$  00
          12/03 $ 780.50 L K FMAX-$1155.50D ELY-   IME-$  00
          12/04 $ 801.50 L K FMAX-$1186.60D ELY-   IME-$1280
          12/05 $ 834.30 L K FMAX-$1235.20D ELY-   IME-$1280
PAYMENT   PIC-A  MPA-$834.00 DOC-072 SCC-41030  RD-02/16/06 LAP-T PSC-C
          F/LLOA-3/4  ZDPC-733 EDA-12/14/05 EDL-11/16/05
TELE NO   BTN-401-781-8615 BTC1-H CPND-12/05
PAYEE     CHRIS TRACY FOR DAVID  TRACY
ADDRESS   73 DORIC AVE            CRANSTON RI 02910-1301
BANK      RTN-211573229 DAN-S1017401 BDCD-02/16/06
SCH PAY   PAID-02/16/2006 PMA-$0.00 THRU 01/06 CMA-$834.00 FOR 02/06 SPI-P
          PPI-M
NOD       WIN-L WTA-$39189.20 WSD-07/01 WED-09/05
HLD CHK   $834.00 FOR 02/06 TOH-4 SPM-CARD
BENEFIT   BIC-A  DAVID TRACY SB-M DOB-06/06/1956 B  DOEI-06/01 DOEC-06/01
          ABN-3TBP LAF-C  MBP-$834.00 DRD-02/16/06 LANG-E TOC-5
          CAUS INDICATOR-NO
          MED BILLING-3RD PTY
          HI CONTS PRD-06/2003 SMI CONTS PRD-06/2003
IBAD01    HAP-01 HEDA-09/15/05
IBAD02    HAP-02 HEDA-11/16/05
IBAD03    HAP-03 HEDA-12/06/05
BENE ENT  START-06/2001 DATE OF FILING-02/16/2001 APP RECEIPT-02/16/2001
          ID CODE-A  CUR ENT CODE-DISABLED  FULL RETIRE AGE-10/2022
          ANN EARN FRA-10/2022
DIB       DDO-12/26/00 DIG-3000 DOED-06/01 DSD-09/05
RESIDNCY  START-02/16/2001
CITIZEN   START-06/06/1956 COUNTRY-UNITED STATES PROVEN
HI-DIB    START-06/2003 BASIS-DISABILITY TYPE-FREE FILING-03/2003
SMI-DIB   START-06/2003 BASIS-DISABILITY FILING-06/2003 DELAY RSN-STATE BUY-IN
          EQUIT RELIEF-GRANTED NON EQIT START-06/2003
SMI PREM  START-06/2003 PENALTY-000% CURRENT AMT- $88.50
SMI 3PTY  START-06/2003 CODE-410 CATEGORY-STATE BILLING
```

```
AACT    DTE:08/04/06  SSN: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  BIC:    DOC:072 UNIT:TT       PG: 001+
STATUS    MBR YES LOU-08/04 DATA FILES YES LOU-08/04 SSACCS NO  LOU-08/03
          CPS NO
ACCOUNT     PCOC-7 SP-M TAC-D CDY-0 SSI INVOLVED  DRAMS READ
PRIMARY     D TRACY DOB-06/06/1956 LSPA-$0.00
INSURED     CLAIM TYPE-DISABILITY DATE OF FILING-02/15/2001 FIRST MET-10/1997
            LAST MET-12/2002  DIB QC EARNED-00  FULL QC REQUIRE-23
            FULL QC EARNED-40  CURR QC EARNED-00  HLTHBEN QC EARN-00  CONVERTED

            CLAIM TYPE-DISABILITY DATE OF FILING-02/16/2001 FIRST MET-10/1997
            LAST MET-12/2002  20/40 EXCLUSION-TEST MET  20/40 NON EXCL-TEST MET
            DIB QC REQUIRE-20  DIB QC EARNED-40  FULL INS EXCL-TEST MET
            FULL INS NONEXCL-TEST MET  FULL QC REQUIRE-22  FULL QC EARNED-40
            CURR QC EARNED-00  HLTHBEN QC EARN-00
SP MSG1     TRANS DT-02/06
            6MONTH CLOSEOUT ISSUED TO C1 ON 02152006
PMT CYC     CYI-1 PCEFD-09/15/2005 PCCOM-09/05 PCCR-S
PIA HIS     12/03 $ 780.50 L K FMAX-$1155.50D
            12/04 $ 801.50 L K FMAX-$1186.60D
            12/05 $ 834.30 L K FMAX-$1235.20D
PAYMENT     PIC-A  MPA-$834.00 DOC-072 SCC-41030  RD-03/16/06 LAP-B PSC-C
            EDA-12/14/05 EDL-11/16/05
TELE NO     BTN-401-781-8615 BTC1-H CPND-12/05
PAYEE       CHRIS TRACY FOR DAVID  TRACY
ADDRESS     73 DORIC AVE           CRANSTON RI 02910-1301
BANK        RTN-211573229 DAN-S1017401 BDCD-02/16/06
SCH PAY     PAID-03/16/2006 PMA-$13726.01 THRU 02/06 R CMA-$834.00 FOR 03/06
            PPI-U
WOD         WIN-E WTA-$39189.20 WOA-$16266.49 NCI-$7178.51 WSD-04/03 WED-11/05
BENEFIT     BIC-A  DAVID TRACY SB-M DOB-06/06/1956 B  DOEI-06/01 DOEC-06/01
            ABN-3BCP LAF-C  MBP-$834.00 DRD-03/16/06 LANG-E CAUS INDICATOR-NO
            MED BILLING-3RD PTY
            HI CONTS PRD-06/2003 SMI CONTS PRD-06/2003
HBAD01      HAP-01 HEDA-09/15/05
HBAD02      HAP-02 HEDA-11/16/05
HBAD03      HAP-03 HEDA-12/06/05
BENE ENT    START-06/2001 DATE OF FILING-02/16/2001 APP RECEIPT-02/16/2001
            ID CODE-A  CUR ENT CODE-DISABLED  FULL RETIRE AGE-10/2022
            ANN EARN FRA-10/2022
DIB         DDO-12/26/00 DIG-3000 DOED-06/01
RESIDNCY    START-02/16/2001
CITIZEN     START-06/06/1956 COUNTRY-UNITED STATES PROVEN
HI-DIB      START-06/2003 BASIS-DISABILITY TYPE-FREE FILING-03/2003
SMI-DIB     START-06/2003 BASIS-DISABILITY FILING-06/2003 DELAY RSN-STATE BUY-IN
            EQUIT RELIEF-GRANTED NON EQIT START-06/2003
SMI PREM    START-06/2003 PENALTY-000% CURRENT AMT- $88.50
SMI 3PTY    START-06/2003 CODE-410 CATEGORY-STATE BILLING
CHK PRO     OPMT RECOVERY- $0.00
ST EXCH     SEWC-410 SECAC-F SEAD-12/05 SEAC-X SEWN-038365365
R PAYEE     DOS-11/2005 TOP-REL CC-SEL GS-N CMC-Y RPN-038509824 RPNI-1
SID         SIFT-D SIED-04/06 SISC-Y SCCR-41030 SILAC-A
LPDD        LPDA-$9196.50 LPWD-09/05
DED/ADD     COM MTH  UPDATED    TYPE   SOURCE  AMOUNT    START   STOP    ITEM
            03/2006 03/16/2006 PMA    MADCAP $ 4404.00 11/2001 11/2001 005
            03/2006 03/16/2006 PMA    MADCAP $  754.00 12/2001 11/2002 105
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/01 | $ 362.20 | $ 0.00 | 200 | 01 | | R | $ 362.00 |
| 12/02 | $ 367.30 | $ 0.00 | 300 | 01 | | R | $ 367.00 |
| 12/03 | $ 375.00 | $ 0.00 | 000 | 01 | | R | $ 375.00 |
| 12/04 | $ 385.10 | $ 0.00 | 100 | 01 | | R | $ 385.00 |
| 06/05 | $ 385.10 | $ 0.00 | 100 | T40 | A18TRM | R | $ 385.00 |

PRISONER

A RECORD IS PRESENT ON THE PRISONER UPDATE PROCESSING SYSTEM DATABASE FOR BOAN: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, DAVID TRACY, BIC-A .

+++ TRANS UPDATED THRU 08/04 +++

TRANS
RD-9/15/05 LAP-B MADCAP PIC-A
RD-9/19/05 LAP-#C BACOM-SSI UPDATE PIC-A
RD-9/20/05 LAP-TB TITLE II PROCESS PIC-A
RD-9/27/05 LAP-#C BACOM-SSI UPDATE PIC-A
RD-11/16/05 LAP-TB TITLE II PROCESS PIC-A
RD-11/17/05 LAP-TB TITLE II PROCESS PIC-A
RD-11/18/05 LAP-2 ROAR PIC-A
RD-11/21/05 LAP-2 ROAR PIC-A
RD-11/28/05 LAP-#C BACOM-SSI UPDATE PIC-A
RD-12/06/05 LAP-TB TITLE II PROCESS PIC-A
RD-12/07/05 LAP-#C BACOM-SSI UPDATE PIC-A
RD-12/07/05 LAP-TB TITLE II PROCESS PIC-A
RD-12/14/05 LAP-TB TITLE II PROCESS PIC-A
RD-12/16/05 LAP-TB TITLE II PROCESS PIC-A
RD-1/09/06 LAP-U ST EXCHG ANNOT PIC-A
RD-1/17/06 LAP-#C BACOM-SSI UPDATE PIC-A
RD-1/25/06 LAP-#C BACOM-SSI UPDATE PIC-A
RD-2/01/06 LAP-#C BACOM-SSI UPDATE PIC-A
RD-2/16/06 LAP-TB TITLE II PROCESS PIC-A
RD-2/28/06 LAP-#C BACOM-SSI UPDATE PIC-A
RD-3/16/06 LAP-B MADCAP PIC-A
RD-7/11/06 LAP-B MADCAP PIC-C1

MEDICARE

BIC-A

PART D START - 01/2006 PART D BASE PREM AMT - $18.85
PART D PLAN PROVIDER NAME-UNICARE
PART D PLAN NAME - MedicareRx Rewards
PART D PLAN NUMBER - S5960002000
PART D PENALTY - $0.00
PART D SUPPLMNTL COVERAGE PREM - $0.00
PART D MONTHLY SUBSIDY - $18.85
PART D PENALTY SUBSIDY AMT - $0.00
PART D PREMIUM - $0.00
PART D COLLECTION METHOD - NO PREMIUM
PART D PREM START - 01/2006 PART D PREM STOP -
PART D SUBSIDY PERCENTAGE - 100

+++ ROAR UPDATED THRU 08/04 +++