IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

DONNA NESSELBUSH, Plaintiff

vs. C.A. NO. 06-296S

JOANNE B. BARNHART, Commissioner Social Security Administration Defendant

**MOTION FOR ENLARGEMENT OF TIME**

Now comes the Defendant, Jo Anne B. Barnhart, Commissioner of the Social Security Administration ("the Commissioner") by and through her attorneys, and requests that the time for filing her answer or other responsive pleading be enlarged up to and including October 27, 2006. Plaintiff's attorney has no objection.

Granted
David L Martin
USMJ
9-28-06

Respectfully submitted,

JOANNE B. BARNHART, Commissioner
Of Social Security Administration

By her Attorneys

ROBERT CLARK CORRENTE
United States Attorney

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI, #2919
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
401/709-5000
401/709-5017 (fax)
Email: michael.iannotti@usdoj.gov