**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DONNA NESSELBUSH,** | ) | |
| **Petitioner** | ) | **Case No. 06-296** |
| | ) | |
| **v.** | ) | **The Hon. David Martin** |
| **JO ANNE BARNHART,** | ) | **United States Magistrate Judge** |
| **COMMISSIONER OF** | ) | |
| **SOCIAL SECURITY,** | ) | |
| **Respondent** | ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME**

Now comes the plaintiff, Donna Nesselbush, who moves this Honorable Court for a brief continuance. In support thereof, Petitioner states virtually all of the matters contained in the Petition for Writ of Mandamus and the Motion to Amend the Petition have been resolved. There are approximately two outstanding matters. Both Petitioner and Respondent believe these outstanding matters will be resolved in 14 days. Petitioner and Responded expect to enter into a Dismissal Stipulation in the near future. Additionally, Petitioner has a scheduling conflict in that she is the Pawtucket Municipal Court Judge and has a calendar of case on the morning of Friday, February 9th, 2007. Petitioner and Respondent therefore request the hearing be postponed for at least 14 days.

Respectfully submitted,

/s/ Donna M. Nesselbush

Donna M. Nesselbush #4650
Marasco & Nesselbush
685 Westminster Street
Providence, Rhode Island
Tel: 401-274-7400
Fax: 401-274-7420

**ORDER**

The foregoing Motion for Enlargement of Time may be, and the same is hereby:

____________________ Granted

____________________ Denied

ENTER:

______________________________

PER ORDER:

______________________________

Dated:_____________________

**CERTIFICATION**

I hereby certify that on the 8th day of February, 2006 I have sent by regular mail, postage prepaid, a true copy of the within Motion for Enlargement of Time to Michael Iannotti, Esq., U.S. Attorney Office, 50 Kennedy Plaza, Fleet Center, 8th Floor, Providence, RI 02903.

/s/ Donna M. Nesselbush