**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DONNA NESSELBUSH,** **Plaintiff** | ) | **Case No. 06-296DLM** |
| **v.** | ) | |
| **MICHAEL J. ASTRUE,[1] COMMISSIONER OF SOCIAL SECURITY,** **Defendant** | ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME**

Now come the defendant and the plaintiff, by their attorneys, and jointly move this Honorable Court for another brief continuance of this matter.

In support thereof, the defendant and the plaintiff state that all but two of the matters contained in the Petition for Writ of Mandamus and the Motion to Amend the Petition have been resolved. There are still two outstanding matters. The defendant has worked diligently to move these matters to complete resolution, but there are certain Social Security timetables which, though both matters are very close to complete resolution, have prevented full resolution.

[1]Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

In both of the remaining two cases, Notices of Award have been issued and the disabled claimants have been paid. The parties are only waiting for the plaintiff, who is the disabled claimants' attorney, to also be finally and completely paid. The plaintiff and the defendant reasonably believe that these outstanding matters will be resolved within 30 days. The plaintiff and the defendant expect to enter into a Dismissal Stipulation within 30 days.

Under these circumstances, we do not wish to take the court's time for a matter that is truly not in conflict and is simply waiting for administrative resolution. Accordingly, the parties request that this matter be continued for an additional 30 days.

Respectfully submitted,

/s/ Donna M. Nesselbush
Donna M. Nesselbush #4650
Marasco & Nesselbush
685 Westminster Street
Providence, Rhode Island
401-274-7400
401-274-7420 (fax)
Email: dnesselbush@M-N-Law.com

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI, #2919
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401/709-5000
401/709-5017 (fax)
Email: michael.iannotti@usdoj.gov