**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DONNA NESSELBUSH,** | ) | |
| **Plaintiff** | ) | **Case No. 06-296S-DLM** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **COMMISSIONER OF** | ) | |
| **SOCIAL SECURITY,** | ) | |
| **Defendant** | ) | |

**STIPULATION FOR DISMISSAL**

Now come the plaintiff, Donna Nesselbush, and the defendant, Michael J. Astrue, by and through their attorneys, and stipulate and agree that the within action may be dismissed.

Respectfully submitted,

DONNA M. NESSELBUSH,
Plaintiff, Pro Se

/s/ Donna M. Nesselbush
Donna M. Nesselbush #4650
Marasco & Nesselbush
685 Westminster Street
Providence, Rhode Island 02903
401-274-7400
401-274-7420 (fax)
Email: dnesselbush@M-N-Law.com

MICHAEL J. ASTRUE,
COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,
Defendant

By his attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI, #2919
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401/709-5000
401/709-5017 (fax)
Email: michael.iannotti@usdoj.gov